**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **MELISSA A. MARAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:16-cv-04210-MDH** |
| | ) | |
| **THE CURATORS OF THE UNIVERSITY** | ) | |
| **OF MISSOURI, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER SETTING DEADLINE FOR FILING OF**
**PROPOSED SCHEDULING ORDER AND FOR RULE 26(f) CONFERENCE**

A joint proposed scheduling order/discovery plan ("Proposed Plan") will be filed on or

before **September 15, 2016**. The Proposed Plan will comply with Local Rules 16.1(d), 16.1(f),

26.1(c), 26.1(d). The Proposed Plan will also state whether the case will be tried to the Court or

to a jury and the anticipated length of the trial. In accordance with Local Rule 16.1(d), Plaintiff's

counsel will take the lead in preparing the Proposed Plan.

The Rule 26(f) conference will take place on or before **August 22, 2016**. Counsel are

reminded that Rule 26(a)(1) disclosures shall be made at the Rule 26(f) conference. During the

Rule 26(f) conference, the parties will discuss the nature and bases of their claims and defenses,

the possibilities for a prompt settlement of the case, and each of the topics described in Rule

26(f)(3).

Counsel may find sample proposed scheduling orders on the court's website at

http://mow.uscourts.gov/judges/harpool.html.

In cases assigned to the Court's Mediation and Assessment Program (MAP), the MAP General Order requires that parties assigned to the outside mediator category electronically file the Designation of Mediator within fourteen (14) calendar days after the Rule 26 meeting and mediate the case within seventy-five (75) calendar days after the Rule 26 meeting.

**The Court will hold a case management conference pursuant to Rule 16(b)(1)(B) on September 16, 2016, at 2:30 p.m. in Courtroom 3B at the U.S. District Courthouse, 80 Lafayette Street,  Jefferson City, Missouri.  Lead counsel for each party shall attend the case management conference.**

Within fifteen (15) days of this Order, each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public.

**IT IS SO ORDERED.**

DATED:       July 21, 2016

_____*/s/ Douglas Harpool*_____
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**