# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### Central Division

| | |
|---|---|
| MELISSA A. MARAS,<br>    Plaintiff,<br><br>v.<br><br>THE CURATORS OF THE<br>UNIVERSITY OF MISSOURI, et al.,<br>    Defendants. | Case No. 2:16-cv-04210 |

## CERTIFICATE OF SERVICE

I hereby certify that I served Defendants' Rule 26 Initial Disclosures on the plaintiff by hand-delivering the same on this 6th day of September, 2016, to:

George S. Smith
JOHNSTON & SMITH, LLC
2800 Forum Blvd., Ste. 3
Columbia, MO 65203

                **SMITH LEWIS, LLP**

                /s/ Colly J. Durley
                Colly J. Durley, #33800
                Bethany R. Findley, #62887
                111 South Ninth Street, Suite 200
                P.O. Box 918
                Columbia, MO 65205-0918
                (573) 443-3141
                (573) 442-6686 (Facsimile)
                durley@smithlewis.com
                findley@smithlewis.com

                **Attorneys for Defendants**