# INVESTIGATIVE SUMMARY

Melissa Ann Maras
2801 Overhill Road
Columbia, MO 65203

    Complainant

MCHR CASE NO.: E-12/15-46159
EEOC Case NO: 28E-2016-00394C

The Curators of the
University of Missouri
Attn: Noel English, Compliance Mgr
S303 Memorial Union
Columbia, MO 65211-7030
&
R. Bowen Loftin, Dan Clay, Matt Martens,
Chris Riley-Tillman & Keith Herman
Respondents

| Respondent Contact: | Complainant Contact: |
|---|---|
| Noel English, Compliance Manager | Johnston & Smith, LLC |
| University of Missouri | George Smith |
| S303 Memorial Union | 2800 Forum Blvd., Suite 3 |
| Columbia, MO 65211-7030 | Columbia, MO 65203 |

**Determination:**

| | |
|---|---|
| All Allegations Before June 7, 2015 | Administrative Closure Without the Right to Sue/No Jurisdiction/Untimely |
| All Allegations After June 7, 2015 | Administrative Closure/Right to Sue On Request |

_____
Alisa Warren Ph. D.
Executive Director

1/28/16
Date

Investigation Summary
Maras v. The Curators of the University of Missouri, et al.
E12/15-46159

## All Allegations Before June 7, 2015

Complainant filed her complaint of discrimination on December 4, 2015. Complainant did not file her complaint within 180 days of the allegations of discrimination that occurred before June 7, 2015.

Under the Missouri Human Rights Act, the MCHR lacks jurisdiction to investigate allegations that are not filed within 180 days of the date of alleged discrimination. These allegations were not timely filed with the Missouri Commission on Human Rights. Therefore, these allegations are being administratively closed with no notice of right to sue issued.

## All Allegations After June 7, 2015

Complainant filed her complaint of discrimination on December 4, 2015. All allegations occurring on or after June 7, 2015, were filed within 180 days of the alleged discrimination and are, therefore, timely-filed.

Less than 180 days have passed since the filing of this complaint, but Complainant has requested notice of her right to sue in order to pursue these allegations in court. As Complainant wants her day in court, MCHR's scarce investigative resources should be allocated elsewhere. Therefore, these allegations are being administratively closed to issue Complainant's notice of right to sue.