

**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
# MISSOURI COMMISSION ON HUMAN RIGHTS



| JEREMIAH W. (JAY) NIXON | LAWRENCE G. REBMAN | ALVIN CARTER | ALISA WARREN PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIRPERSON | EXECUTIVE DIRECTOR |

July 25, 2016

Ms. Melissa A. Maras
2801 Overhill Road
Columbia, Mo. 65203

RE:  Maras v. The curators of the university of Missouri, et al.
E-12/15-46159; 28E-2016-00394

Dear Ms. Maras:

You were previously notified the Executive Director of the Missouri Commission on Human Rights (MCHR) administratively closed the above-captioned complaint.

It has been noted that the MCHR closure was an error. Therefore, MCHR is vacating its closure of this complaint. I apologize for any inconvenience this error has caused.

Respectfully,

*[signature]*

Alisa Warren Ph.D.
Executive Director

University of Missouri

**JUL 2 8 2016**

Office of
General Counsel

C:  The Curators of the University of Missouri
S303 Memorial Union
Columbia, Mo. 65211-7030

Additional contacts listed on next page

☒ | ☐ | ☐ | ☐ | ☐

| 3315 W. TRUMAN BLVD. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1300 | 1410 GENESSEE, SUITE 260 | 106 ARTHUR STREET |
|---|---|---|---|---|
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | OZARK, MO 65721-1300 | KANSAS CITY, MO 64102 | SUITE D |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 417-485-6024 | FAX: 816-889-3582 | SIKESTON, MO 63801-5454 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | | FAX: 573-472-5321 |
| FAX: 573-751-2905 | | | | |

Relay Missouri:  1-800-735-2966 (TDD)    1-800-735-2466 (Voice)
www.labor.mo.gov/hr    mchr@labor.mo.gov

RE:     Melissa A. Maras v. The Curators of the University of Missouri, et al.


C:     University of Missouri
Office of the General Counsel
Attn: Mr. Nicholas S. Beydler
227 University Hall
Columbia, Mo. 65211

R. Bowen Loftin, Dan Clay, Matt Martens, Chris Riley-Tillman and Keith Herman

Mr. George S. Smith
Attorney at Law
2800 Forum Blvd., Suite 3
Columbia, Mo. 65203