



| JEREMIAH W. (JAY) NIXON | RYAN MCKENNA | SARA NELL LAMPE | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIRPERSON | EXECUTIVE DIRECTOR |

August 1, 2016

Melissa Ann Maras
2801 Overhill Road
Columbia, MO 65203

University of Missouri

AUG - 3 2016

Office of
General Counsel

RE:  Maras vs. The Curators of the University of Missouri et al
      E-12/15-46159  28E-2016-00394

## NO RIGHT TO SUE on Allegations before June 7, 2015 - BECAUSE OF LACK OF JURISDICTION

The MCHR has determined that it lacks jurisdiction over these allegations because your complaint was not filed within 180 days of the alleged discrimination as required by the Missouri Human Rights Act. Therefore, MCHR is administratively closing this case with regard to these allegations as well and terminating all MCHR proceedings relating to these allegations.  If you are aggrieved by this decision, then you can appeal by filing a petition under § 536.150 of the Revised Statutes of Missouri in state circuit court.  Any such petition must be filed in the circuit court of Cole County.

## RIGHT TO SUE – All Allegations after June 7, 2015

Pursuant to the Missouri Human Rights Act (MHRA) your complaint was dual-filed with the Equal Employment Opportunity Commission (EEOC) and the Missouri Commission on Human Rights (MCHR).  The MCHR has been informed that the EEOC has completed its processing of your complaint and issued a notice of your right to sue.  Based on a review of EEOC's investigation summary, the MCHR has decided to adopt EEOC's findings, terminate its proceedings and issue this notice of your right to sue regarding these allegations under the MHRA.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint regarding the allegations noted above. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery.  You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court regarding the allegations noted above. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

(continued on next page)

☒ 3315 W. TRUMAN BLVD.
P.O. BOX 1129
JEFFERSON CITY, MO 65102-1129
PHONE: 573-751-3325
FAX: 573-751-2905

☐ 111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

☐ P.O. BOX 1300
OZARK, MO 65721-1300
FAX: 417-485-6024

☐ 1410 GENESSEE, SUITE 260
KANSAS CITY, MO 64102
FAX: 816-889-3582

☐ 105 ARTHUR STREET
SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

RE:    Maras vs. The Curators of the University of Missouri et al
        E-12/15-46159  28E-2016-00394

You are also notified that the Executive Director is hereby administratively closing this case with regard to the allegations noted above and terminating all MCHR proceedings relating to these allegations.  No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act, but rather, if you choose to continue to pursue your complaint, you must do so in court as described in this letter.  This notice of right to sue has no effect on the suit-filing period for any federal claims.

Respectfully,

Alisa Warren, Ph.D.
Executive Director


The Curators of the University of Missouri et al
R. Bowen Loftin; Dan Clay; Matt Martens; Chris Riley-Tillman; Keith Herman
S303 Memorial Union
Columbia, MO  65211-7030


Nicholas S. Beydler
Office of the General Counsel
227 University Hall
Columbia, Mo. 65211.


George Smith
2800 Forum Blvd., Suite 3
Columbia, MO  65203
*Via email*

| 3315 W. TRUMAN BLVD. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1300 | 1410 GENESSEE, SUITE 260 | 106 ARTHUR STREET |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | OZARK, MO 65721-1300 | KANSAS CITY, MO 64102 | SUITE D |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 417-485-6024 | FAX: 816-889-3582 | SIKESTON, MO 63801-5454 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | | FAX: 573-472-5321 |
| FAX: 573-751-2905 | | | | |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)    Relay Missouri: 711
www.labor.mo.gov/mohumanrights     E-Mail: mchr@labor.mo.gov
Case 2:16-cv-04210-MDH   Document 12-4   Filed 09/14/16   Page 2 of 2