# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# Central Division

| | |
|---|---|
| MELISSA A. MARAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE CURATORS OF THE )<br>UNIVERSITY OF MISSOURI, et al., )<br>    Defendants. ) | Case No. 2:16-cv-04210 |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate James Levin with the University of Missouri School of Law's Center of Dispute Resolution, from the Court's list of approved mediators, to conduct the MAP mediation in this case. The mediation will be held on November 4, 2016, at the offices of Smith Lewis, LLP, located at 111 South Ninth Street, Suite 200, Columbia, MO 65201.

| | |
|---|---|
| **JOHNSTON & SMITH, LLC** | **SMITH LEWIS, LLP** |
| /s/ George Smith | /s/ Colly J. Durley |
| George S. Smith, #53019 | Colly J. Durley, #33800 |
| 2800 Forum Blvd., Ste. 3 | Bethany R. Findley, #62887 |
| Columbia, MO 65203 | 111 South Ninth Street, Suite 200 |
| (573) 499-1616 | P.O. Box 918 |
| (573) 449-3004 (fax) | Columbia, MO 65205-0918 |
| | (573) 443-3141 |
| **Attorney for Plaintiff** | (573) 442-6686 (Facsimile) |
| | durley@smithlewis.com |
| | findley@smithlewis.com |
| | |
| | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I certify that on September 14, 2016, I served this document upon all attorneys of record through the Court's electronic filing system.

                                                 /s/ Bethany R. Findley
                                                 Bethany R. Findley